# Exhibit 2

FROM CORPORATION TRUST WILM. TEAM #2

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:41 AM 10/03/2005
FILED 11:21 AM 10/03/2005
SRV 050806637 - 2192164 FILE

## CERTIFICATE OF CONVERSION OF
## ORCHARD SUPPLY HARDWARE CORPORATION

This Certificate of Conversion to Limited Liability Company, dated as of October 3, 2005, is being duly executed and filed by Orchard Supply Hardware Corporation, a Delaware corporation (the "Company"), and Robert Lynch as an authorized person of Orchard Supply Hardware LLC, a Delaware limited liability company (the "LLC"), to convert the Company to the LLC, under the Delaware Limited Liability Company Act (6 Del. C. § 18-101 et seq.) (the "Act") and the General Corporation Law of the State of Delaware (8 Del. C. § 101, et seq.) (the "DGCL").

1. The Company's name when it was originally incorporated on March 31, 1989 was OSH Acquisition Corporation and was changed to Orchard Supply Hardware Corporation pursuant to an amendment to the Company's Certificate of Incorporation on May 31, 1989. The Company's name as set forth in its Certificate of Incorporation immediately prior to the filing of this Certificate of Conversion to Limited Liability Company was Orchard Supply Hardware Corporation.

2. The Company filed its original certificate of incorporation with the Secretary of State of the State of Delaware and continued to be incorporated in the State of Delaware immediately prior to the filing of this Certificate of Conversion to Limited Liability Company.

3. The name of the LLC into which the Company shall be converted as set forth in its certificate of formation is "Orchard Supply Hardware LLC".

4. The conversion of the Company to the LLC has been approved in accordance with the provisions of Section 18-214 of the Act and Sections 228 and 266 of the DGCL.

5. The conversion of the Company to the LLC shall be effective upon filing this Certificate of Conversion to Limited Liability Company with the Secretary of State of the State of Delaware.

[The remainder of this page has been left intentionally blank]

FROM CORPORATION TRUST WILM. TEAM #2          (MON)10. 3'05 12:37/ST. 12:36/NO. 4863796599 P 3

10/03/05  00:22 FAX 408 629 7174        EXECUTIVE OFFICE                    ☒003

IN WITNESS WHEREOF, each of the undersigned has executed this Certificate as of the date first written above.

**ORCHARD SUPPLY HARDWARE CORPORATION**

By: *[signature]*
Robert Lynch
Authorized Person

**ORCHARD SUPPLY HARDWARE LLC**

By: *[signature]*
Robert Lynch
Authorized Person

[Certificate of Conversion]