**ARNOLD & PORTER KAYE SCHOLER LLP**
Tommy Huynh (CA Bar No. 306222)
(tommy.huynh@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100; Fax: 415-471-3400

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice anticipated*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice anticipated*)
(mcalhoun@hollingsworthllp.com)
1350 I St., N.W.
Washington, DC 20005
Tel: 202-898-5800; Fax: 202-682-1639

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS P. DANIELSON, AN INDIVIDUAL; NAHID ASHTARI, AN INDIVIDUAL; TIFFANI BALLEW, AN INDIVIDUAL; BRANDFORD STROHMAIER, AN INDIVIDUAL; BARBARA ANN KORTES, AN INDIVIDUAL; DAVIDSON SMITH, AN INDIVIDUAL; DONNA MARSHALL, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT ALLEN E. MARSHALL; RENEE NIELSEN, AN INDIVIDUAL; RODNEY CATALANO, AN INDIVIDUAL; KAREN HALLETT, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT HONORE HEDLUND; BARBARA HAGAN, AN INDIVIDUAL; LOWELL STONE, AN INDIVIDUAL; MICHELE MYERS, AN INDIVIDUAL; JONATHAN MYERS, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT RONALD MYERS; LISA FROMME, AN INDIVIDUAL; LEE MARX, AN INDIVIDUAL; STEVE BIDEGAIN, AN INDIVIDUAL; ELIZABETH ANN KULINSKI-VETTING, AN INDIVIDUAL; KRYSTAL THORP, AN INDIVIDUAL; JOAN BENNETT, AN INDIVIDUAL; BRENDA EVANS, AN INDIVIDUAL; MARY MINNIEWEATHER, SURVIVING | Case No. 21-cv-5301<br><br>**MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

| | |
|---|---|
| 1 | NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT DELL MINNIEWEATHER; CAROL WEBB, AN INDIVIDUAL; FLORA JOHNSON, AN INDIVIDUAL; NANCY JORGENSEN, AN INDIVIDUAL; DON WILLIAMS, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT SALLY A. GONZALEZ; MARY LOUISE JORDAN, AN INDIVIDUAL; HAGOP TERZIAN, AN INDIVIDUAL; JAMES BARMBY, AN INDIVIDUAL; DAVID THOMAS, AN INDIVIDUAL; ANTHONY SENMONI, AN INDIVIDUAL; STEPHANIE SHEPPARD, AN INDIVIDUAL; PAUL DELANEY, AN INDIVIDUAL; PERLA GAK, AN INDIVIDUAL; DESIREE PACHECO, AN INDIVIDUAL; ANDREW NIETO, AN INDIVIDUAL; DAVID HASKELL, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT JIMMIE HASKELL; KATHERINE WRIGHT, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT CAROL BAKER; JUDY CALCAGNO, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT JOSEPH CALCAGNO; VANCE MARSHALL IS A RESIDENT OF CALIFORNIA AND IS THE SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT JOHNNY SAXTON; DANIEL WHANG, AN INDIVIDUAL; BRUCE ANACKER, AN INDIVIDUAL; LISA MURRAY, AN INDIVIDUAL; JOSEFINA MANIAGO, AN INDIVIDUAL; JESSE GARCIA, AN INDIVIDUAL; KALVIN CHAUNCY, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT KALVIN CHAUNCY, JR.; REBECCA THOMPSON, AN INDIVIDUAL; JAMES P. WILSON, AN INDIVIDUAL; TIMOTHY TULLIO, AN INDIVIDUAL; CAROL REEVE, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT MICHAEL REEVE; LUCILLE BOXELL, |

| | |
|---|---|
| 1 | SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE |
| 2 | ESTATE OF DECEDENT RICHARD BOXELL; BECKY PEARSON, AN |
| 3 | INDIVIDUAL; LINDA B. PATTI, SURVIVING NEXT OF KIN AND |
| 4 | PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT FRANK PATTI; |
| 5 | SCOTT FERGUSON, SURVIVING NEXT OF KIN AND PERSONAL |
| 6 | REPRESENTATIVE OF THE ESTATE OF DECEDENT MARI GWENDOLYN |
| 7 | FERGUSON; ALEJANDRA AVILA-AVILES, AN INDIVIDUAL; MARY |
| 8 | PAGLIONE, SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE |
| 9 | OF THE ESTATE OF DECEDENT MARY STEVENS; KATIE RAMIREZ, AN |
| 10 | INDIVIDUAL; RON WALTON, AN INDIVIDUAL; THOMAS JOHN |
| 11 | RAYMOND, AN INDIVIDUAL; BERNADETTE BONHIVERT, AN |
| 12 | INDIVIDUAL; CAROL CLAWSON, AN INDIVIDUAL; ROB STEWART, |
| 13 | SURVIVING NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE |
| 14 | ESTATE OF DECEDENT ROCKY STEWART; FREDERICK F. WARMUTH, |
| 15 | AN INDIVIDUAL; BRADLEY RYAN STUCK, AN INDIVIDUAL; MARY |
| 16 | RUBENKING, SURVIVING NEXT OF KIN AND PERSONAL |
| 17 | REPRESENTAIIVE OF THE ESTATE OF DECEDENT CARL RUBENKING; |
| 18 | DENNY EDLIN, SURVIVING NEXT OF KIN AND PERSONAL |
| 19 | REPRESENTATIVE OF THE ESTATE OF DECEDENT GEORGE EDLIN; RONALD |
| 20 | LYSIK, AN INDIVIDUAL; RACHAEL PESSAH-SUTHERLAND, AN |
| 21 | INDIVIDUAL, |
| 22 | Plaintiffs, |
| 23 | v. |
| 24 | MONSANTO COMPANY, a corporation: WILBUR-ELLIS COMPANY, LLC; a |
| 25 | limited liability company; WILBUR-ELLIS NUTRITION, LLC (formerly WILBUR- |
| 26 | ELLIS FEED, LLC); HOME DEPOT PRODUCT AUTHORITY, LLC; |
| 27 | WALMART INC.; LOWE'S COMPANIES, INC.; PIONEER HOME CENTER, INC.; |
| 28 | ORCHARD SUPPLY HARDWARE; |

| | |
|---|---|
| 1 | MEINERS OAKS HARDWARE, INC.; HYDRO SCAPE PRODUCTS INC.; BUILDERS MART TRUE VALUE HARDWARE; MARK STEVEN'S NURSERY; KMART CORPORATION; SPRADLIN, INC.; PLACERVILLE FRUIT GROWERS INCORPORATED; LUCKY STORES, INC. and DOES 1 through 100, *et al.*, |
| | Defendants. |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

DATED: July 9, 2021                    Respectfully submitted,

/s/ Tommy Huynh
Tommy Huynh (CA Bar No. 306222)
(tommy.huynh@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

Eric G. Lasker (*pro hac vice anticipated*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice anticipated*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St., N.W.
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

Attorneys for Defendant MONSANTO COMPANY